MICHAEL A. PAINTER, Bar #43600
ISAACMAN, KAUFMAN & PAINTER
8484 Wilshire Boulevard, Suite 850
Beverly Hills, California 90211
(323) 782-7700 - Telephone
(323) 782-7744 - Facsimile

Attorneys for Plaintiff,
PBC INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PBC INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v s.<br><br>IMAGINE NATION BOOKS, LTD., an Iowa corporation; DOES I - X, Inclusive,<br><br>Defendants. | CASE NO.<br>CV07-4830-GPS(FMOx)<br><br>[~~PROPOSED~~] ORDER DISMISSING IMAGINE NATION BOOKS, LTD. PURSUANT TO RULE 41(a)(1)(ii) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT defendant, IMAGINE NATION BOOKS, LTD., is dismissed from this action, with prejudice.

Dated: February 28, 2008

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

MAP-PBC-1767